UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 22-CV-60012-AHS

VANGUARD PLASTIC SURGERY, PLLC d/b/a
VANGUARD AESTHETIC AND PLASTIC
SURGERY,

      Plaintiff,

vs.

UNITED HEALTHCARE SERVICES, INC.,
a foreign corporation,

      Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order Requiring Certificates of Interested Parties [ECF No. 4], Plaintiff Vanguard Plastic Surgery, PLLC d/b/a Vanguard Aesthetic & Plastic Surgery ("Plaintiff") discloses the following:

      1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

      a.  Plaintiff Vanguard Plastic Surgery, PLLC.

      b.  Defendant United HealthCare Services, Inc.

    c. Counsel for the parties involved in this litigation.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a. None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee, the largest 20 unsecured creditors) in bankruptcy cases:

    a. None other than those persons identified in paragraph 1 above.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a. Plaintiff Vanguard Plastic Surgery, PLLC.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: January 14, 2022  
   Boca Raton, FL

          Respectfully submitted,

         By: *s/ Genevieve Lee Turner*  
           RICHARD P. HERMANN, II, ESQ  
           Florida Bar No. 110019  
           Primary E-Mail: rhermann@sbwh.law  
           Secondary E-Mail: floridaservice@sbwh.law  
           GENEVIEVE LEE TURNER, ESQ.  
           Florida Bar No. 100058  
           Primary E-Mail: gturner@sbwh.law  
           Secondary E-Mail: ksandoval@sbwh.law  
           CHARLES BLAKE DYE, ESQ.  
           Primary E-mail: bdye@sbwh.law  
           SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.  
           7777 Glades Road, Suite 400  
           Boca Raton, Florida 33434

|  |  |
|---|---|
| Telephone: | (561) 477-7800 |
| Facsimile: | (561) 477-7722 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 14, 2022, a true and correct copy of the foregoing document is being electronically filed with the Clerk of Court using CM/ECF and is being served via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record identified in the Service List below.

*s/ Genevieve Lee Turner*
RICHARD P. HERMANN, II, ESQ
GENEVIEVE LEE TURNER, ESQ.

## **SERVICE LIST**

**HOLLAND & KNIGHT LLP**

Jennifer A. Mansfield, FBN 0186724
Primary: Jennifer.mansfield@hklaw.com
Secondary: Camille.winn@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Tel: (904) 353-2000
Fax: (904) 358-1872

Nicole Alvarez, FBN 1026071
Nicole.alvarez@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel.: 305.789.7601

*Counsel for Defendants*
*UNITED HEALTHCARE SERVICES, INC.*